HUNT & HENRIQUES
Kurtiss A. Jacobs, LL.M. # 218950
Donald Sherrill, Esq. # 266038
151 Bernal Road #8
San Jose CA 95119-1306
Telephone: (408) 677-5822
Facsimile: (408) 360-8482

Attorneys for Defendants
File No. 308142

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| The Rheault Family Revocable Living Trust, Jerome Rheault, and Jaylene Rheault,<br><br>Plaintiffs,<br><br>vs.<br><br>Hunt & Henriques, Inc., Hunt & Henriques, and Jaime Y. Ritton,<br><br>Defendants. | Case No. 17-CV-7073 LHK (NC)<br><br>**Objection to Request to Appear by Telephone** |

All defendants object to plaintiffs' request to appear at "personal appearance mandatory" settlement conference by telephone.

Plaintiffs sued allege only that Defendants exercised constitutional rights. Defendants should not even be named, yet all will be present in person as required.

Magistrate Judge Nathanael M. Cousins's standing order states: "**All parties and their counsel are required to attend the settlement conference in person, not by telephone.**"

If Plaintiffs are incapable of traveling to San Jose, then as masters of their complaint, they should not have filed this action in the Southern District. Defendants are informed by another attorney that Alexander Trueblood prefers filing in the Northern District because he believes that

he gets preferential FDCPA rulings in Judge Koh's department.

Trueblood *chose* to bring Plaintiffs to this particular courthouse, and should not be given exceptionally lenient treatment that violates this courtroom's standing order.

Plaintiffs' counsel emphasizes that the Trust will be there "personally" through trustee Patti Hale. But without *all* parties present, the likelihood of settlement will be drastically reduced.

Defendants further object to Plaintiffs' counsel filing and "serving" the motion and proposed order at 5:30 p.m., perhaps in the hope that the motion might be granted before Defendants' objection is seen.

Defendants respectfully request that the motion to appear telephonically be denied.

Respectfully submitted,

Dated: March 22, 2018

/s/
_____
Donald Sherrill / Kurtiss Jacobs
Attorneys for Hunt & Henriques, Inc.