ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

Attorneys for Plaintiffs
THE RHEAULT FAMILY REVOCABLE LIVING TRUST, JEROME RHEAULT, AND JAYLENE RHEAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RHEAULT FAMILY REVOCABLE LIVING TRUST, JEROME RHEAULT, AND JAYLENE RHEAULT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HUNT & HENRIQUES, a law partnership, and JAIME Y. RITTON,<br><br>　　　　Defendants. | Case No: 5:17-CV-7073 LHK<br><br>**NOTICE OF SETTLEMENT** |

All plaintiffs, and all defendants, including Hunt & Henriques, Inc., have reached a settlement of this case, as of March 23, 2018. The parties respectfully request that the mandatory settlement conference set for March 27, 2018 go off calendar.

Dated:  March 23, 2018                    Respectfully Submitted,

TRUEBLOOD LAW FIRM

By: _____/s/_____
       Alexander B. Trueblood

Attorneys for Plaintiffs
THE RHEAULT FAMILY
REVOCABLE LIVING TRUST,
JEROME RHEAULT, AND
JAYLENE RHEAULT

Dated:  March 23, 2018                    HUNT & HENRIQUES

By: _____/s/_____
       Donald Sherrill

Attorneys for Defendants
HUNT & HENRIQUES, INC.,
HUNT & HENRIQUES, and
JAIME RITTON