1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone:  (310) 443-4139
   Facsimile:  (310) 943-2255
4
   Attorneys for Plaintiffs
5  THE RHEAULT FAMILY REVOCABLE LIVING TRUST, JEROME
   RHEAULT, AND JAYLENE RHEAULT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RHEAULT FAMILY REVOCABLE LIVING TRUST, JEROME RHEAULT, AND JAYLENE RHEAULT, | Case No:  5:17-CV-7073 LHK<br><br>**REQUEST FOR DISMISSAL** |
| Plaintiffs, | |
| vs. | |
| HUNT & HENRIQUES, a law partnership, and JAIME Y. RITTON, | |
| Defendants. | |

The matter having settled, the parties jointly request that the entire action be dismissed with prejudice, with all parties to bear their own attorneys fees and costs.

Dated:  April 6, 2018    Respectfully Submitted,

TRUEBLOOD LAW FIRM

By:  /s/
     Alexander B. Trueblood

Attorneys for Plaintiffs
THE RHEAULT FAMILY
REVOCABLE LIVING TRUST,
JEROME RHEAULT, AND
JAYLENE RHEAULT

Dated:  April 6, 2018    HUNT & HENRIQUES

By:  /s/
     Kurtiss Jacobs

Attorneys for Defendants
HUNT & HENRIQUES, INC.,
HUNT & HENRIQUES, and
JAIME RITTON